# Court of Appeals
# of the State of Georgia

ATLANTA,    July 23, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0434. EDDIE LEE JINKS v. THE STATE.**

Eddie Jinks seeks to appeal the trial court's order denying his motion for an out of time appeal.  An order denying a motion for an out of time appeal, however, is a directly appealable order.  See, e.g., *Lunsford v. State*, 237 Ga. App. 696 (515 SE2d 198) (1999).

When a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED.  Jinks shall have 10 days from the date of this order to file a notice of appeal with the trial court.  The trial court is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/23/2014
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*